UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ALANO NARANJO,

    Petitioner(s),

                              Civil Case No. 07-12604

v.                             Criminal Case No. 02-50045

                              HON. PAUL D. BORMAN

UNITED STATES OF AMERICA,

    Respondent(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE HLUCHANIUK'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court adopts Magistrate Judge Hluchaniuk's report and recommendation.

**IT IS FURTHER ORDERED** that the Court dismisses petitioner's motion to vacate sentence.

                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on petitioner and the attorneys of record by electronic means or U.S. Mail on July 15, 2009.

                                                S/Denise Goodine
                                                Case Manager